United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12499-elf
James E. DiDio                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin            Page 1 of 2           Date Rcvd: Sep 21, 2018
                            Form ID: 318           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
```
db            +James E. DiDio,    814 Conshohocken State Road,    Gladwyne, PA 19035-1428
14091306      +Barclays Bank,    Card Services,    400 White Clay Center Drive,    Newark, DE 19711-5468
14091310       Debt Management Servicing Center,    Bureau of the Fiscal Service,    DMSC-Birmingham Office,
                 PO Box 830794,    Birmingham, AL 35283-0794
14091311      +Fellheimer & Eichen,    50 South 16th Street, Suite 3401,    Philadelphia, PA 19102-2562
14091312      +Financial Research Associates,    10 Presidential Boulevard,    Bala Cynwyd, PA 19004-1136
14091313       LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
14091316      +Marla Green,    1320 Monk Road,    Gladwyne, PA 19035-1313
14091317      +Momjian & Anderer LLC,    One Commerce Square,    2005 Market Street, Suite 3510,
                 Philadelphia, PA 19103-7024
14091320      +Savran Benson LLP,    146 Montgomery Avenue, #300,    Bala Cynwyd, PA 19004-2956
14091323      +United Collection Bureau, Inc.,    5620 Southwick Boulevard,    Suite 206,
                 Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 22 2018 01:50:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2018 01:50:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2018 01:50:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14091304      +EDI: AMEREXPR.COM Sep 22 2018 05:48:00      American Express,    PO Box 981540,
                 El Paso, TX 79998-1540
14091305      +EDI: AMEREXPR.COM Sep 22 2018 05:48:00      American Express,    World Financial Center,
                 New York, NY 10285-0001
14091307      +EDI: TSYS2.COM Sep 22 2018 05:48:00      Barclays Bank Delaware,    Attn: Correspondence,
                 PO Box 8801,    Wilmington, DE 19899-8801
14091308      +EDI: CHASE.COM Sep 22 2018 05:48:00      Chase Card Services,    Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
14091309      +EDI: CHRM.COM Sep 22 2018 05:49:00      Chrysler Capital,    PO Box 961279,
                 Fort Worth, TX 76161-0279
14091314       E-mail/Text: camanagement@mtb.com Sep 22 2018 01:50:07     M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
14091315       E-mail/Text: camanagement@mtb.com Sep 22 2018 01:50:07     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
14091318      +EDI: NAVIENTFKASMSERV.COM Sep 22 2018 05:48:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
14091319       E-mail/Text: bankruptcygroup@peco-energy.com Sep 22 2018 01:50:06     PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14091321      +E-mail/Text: bankruptcynotices@sba.gov Sep 22 2018 01:50:02     SBA,    1441 L Street NW,
                 Washington, DC 20416-0001
14091322      +E-mail/Text: gcummings@thebancorp.com Sep 22 2018 01:50:02     The Bancorp Bank,
                 409 Silverside Road,    Suite 105,    Wilmington, DE 19809-1771
14091324       E-mail/Text: vci.bkcy@vwcredit.com Sep 22 2018 01:50:40     Volkswagen Credit,    PO Box 3,
                 Hillsboro, OR 97123-0003
                                                                                               TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2018
                              Form ID: 318             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
         ANDREW  TEITLEMAN    on behalf of Defendant James  DiDio ateitelman@teitelaw.com
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
          gfs@trustesolutions.net;hsmith@gsbblaw.com
         GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
         HARRY J. GIACOMETTI    on behalf of Debtor James E. DiDio harry.giacometti@flastergreenberg.com,
          harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
          reenberg.com
         HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
         KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST
          COMPANY S/B/M TO HUDSON CITY SAVINGS BANK bkgroup@kmllawgroup.com
         PAUL A.R. STEWART    on behalf of Plaintiff Marla J. Green pstewart@legalhelm.com,
          jurisabnelson@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James E. DiDio** | Social Security number or ITIN **xxx−xx−1553** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **18−12499−elf**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James E. DiDio

9/20/18

**By the court:**  Eric L. Frank
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2