## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
_____

IN RE:  James E. DiDio                    :          Chapter 7
                                                          :
                                   Debtor         :          Case # 18-12499 ELF

\

## **NOTICE OF APPEARANCE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kivitz & Kivitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf of The Bancorp Bank, and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or their authorized agents, be given to The Bancorp Bank's attorney at the following address:

                Jay E. Kivitz, Esquire
                Kivitz & Kivitz, P.C.
                7901 Ogontz Avenue
                Philadelphia, PA  19150
                Tel:     215-549-2525
                Fax:    215-253-5285
                Email: jkivitz@kivitzlaw.com

The Bancorp Bank hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any

hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise). The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

Date:  October 30, 2018                                      ___/s/  *Jay E. Kivitz*_____
                                                                              JAY E. KIVITZ, ESQUIRE
                                                                              Attorney for The Bancorp Bank


Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
Tel:    215-549-2525
Fax:    215-253-5285
Email:  jkivitz@kivitzlaw.com