**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  James E. DiDio          :     Chapter 7
                                :
        Debtor                  :     Case # 18-12499 ELF

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

The Bancorp Bank has filed with the court a Motion for Relief from the Automatic Stay under Section 362(d).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

1.   If you do not want the court to grant the relief sought in the motion, then on or before November 23, 2018 you or your attorney must do all of the following:
   (a)   file an answer explaining your position at:
         United States Bankruptcy Court
         Robert N.C. Nix Building
         900 Market Street, Suite 400
         Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Court Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and
   (b)   mail a copy to the Movant's attorney:
         Jay E. Kivitz, Esquire
         Kivitz & Kivitz, P.C.
         7901 Ogontz Avenue
         Philadelphia, PA  19150

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge, in Courtroom #1, at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA  19107 on November 27, 2018 at 10:30 a.m. or as soon thereafter as counsel be heard, to consider the motion.

      4.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

        /s/ Jay E. Kivitz
JAY E. KIVITZ, ESQUIRE
Attorney for Movant/Application
215-549-2525

Date:  November 1, 2018