## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | Bankruptcy No.: 18-12499-ELF |
| JAMES E DIDIO, | : | |
| Debtor. | : | |
| | : | |
| THE BANKCORP BANK ASSOCIATION | : | |
| Movant, | : | |
| v. | : | **11 U.S.C. §362** |
| JAMES E DiDIO          DEBTOR | : | |
| GARY F SEITZ, Trustee | : | |
| Respondents | : | |

### ORDER

AND NOW, this          day of                    , 2018, upon consideration of Marla Green's

Opposition to THE BANKCORP BANK ASSOCIATION's Motion for Relief From Automatic

Stay and any response thereto, it is hereby:

ORDERED and DECREED, that the Motion for Relief From Automatic Stay is DENIED.

By the Court:_____

United States Bankruptcy Judge

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | Bankruptcy No.: 18-12499-ELF |
| JAMES E DIDIO, | : | |
| Debtor. | : | |
| | : | |
| THE BANKCORP BANK ASSOCIATION | : | |
| Movant, | : | |
| v. | : | **11 U.S.C. §362** |
| JAMES E DiDIO        DEBTOR | : | |
| GARY F SEITZ, Trustee | : | |
| Respondents | : | |

### MARLA GREEN, PARTY IN INTEREST'S ANSWER IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Marla Green ("Party in Interest"), and a Plaintiff in an Adversary Matter seeking non-discharge against Debtor, through her counsel Paul A.R. Stewart, respectfully submits this Opposition to THE BANKCORP BANK ASSOCIATION's Motion ("Creditor" or "Movant") for relief from the automatic stay filed on November 1, 2018, as follows:

1. Admitted.

2. Admitted debtor and Marla Green are joint owners of premises.

3. Denied as to Marla Green executed Mortgage. Admitted that a Mortgage was recorded.

4. Denied. Plaintiff has no power to declare default. Denied to the extent said mortgage was procured through artifice. Also denied as legal conclusion regarding the terms of the Mortgage.

5. Denied as to amount, late charges, and attorney's fees and costs, where movant is not entitled to relief.

6. Denied. Marla Green asserts mortgage obtained through artifice and seeks non-discharge of debtor related to this mortgage debt.

7. Denied. Movant asserted no base for claim, and is not entitled to relief, where the subject property is worth in excess of $4 million dollars and equity exists in the property in excess of $2 million dollars, which on its face provides adequate protection to movant. Marla Green seeks to protect equity in the property and non-discharge of debtor related to this mortgage debt, and responds as follows, without implication that movant is entitled to relief:
(a) Denied;
(b) Denied;
(c) Admitted to the extent of public (court) records.

**WHEREFORE**, Debtor prays this Honorable Court deny Movant's Motion for Relief From

Automatic Stay.

Date: November 21, 2018                    Respectfully submitted,

                                           Helm Legal Services LLC

                                           /s/ Paul A R Stewart
                                           Legal Helm, LLC
                                           Paul A.R. Stewart, Esquire
                                           Attorney for Party in Interest
                                           333 East Lancaster Avenue
                                           Suite 140
                                           Wynnewood, Pennsylvania
                                           19096
                                           (610) 864-5600
                                           pstewart@helmlegalservices.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Marla Green's Opposition to THE BANKCORP BANK ASSOCIATION's Motion for Relief From Automatic Stay was served on November 21, 2018, by means of the Court's CM/ECF system or via first-class mail, postage prepaid, upon the following:

Jay E. Kivitz, Esquire
Attorney ID No. 26769
KIVITZ & KIVITZ, P.C.
7901 Ogontz Avenue
Philadelphia, PA 19150
215-549-2525 FAX 215-253-5285
jkivitz@kivitzlaw.com
Attorney for Movant/Applicant
The Bancorp Bank

Kevin G McDonald, Esquire
KML Law Group PC
701 Market Street, STE 5000
Philadelphia, PA 19106

Harry J Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street, STE 1050
Philadelphia, PA 19103
Debtor, James E DiDio counsel.

United States Trustee (via ECF)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary F. Seitz, Esquire (Trustee)
Chapter 7 Trustee
Curtis Center, 601 Walnut Street STE 750
Philadelphia, PA 19107

James E. Didio
814 Conshohocken State Road c/o
Gladwyne, PA 19035

/s/ Paul A R Stewart
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Party in Interest
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania
19096
(610) 864-5600
pstewart@helmlegalservices.com