## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES DiDIO | |
|               Debtor. | Case No. 18-12499 |
| MARLA GREEN, | |
|               Plaintiff, | Adversary Proceeding No. 18-00161 |
| v. | |
| JAMES DiDIO, | |
|               Defendant. | |

**PLAINTIFF COUNSEL'S MOTION TO WITHDRAW
WITH INFORMED CONSENT OF CLIENT**

Undersigned counsel, as attorney for the Plaintiff, Marla J. Green, hereby moves the court for entry of an order permitting the withdrawal of Paul A.R. Stewart, Esquire, as attorney for the Plaintiff and states:

1. Paul Stewart, Esquire entered his appearance on behalf of Marla Green in this Adversary matter in July 2018.
2. Attorney Stewart faithfully and professionally provided legal counsel and services on behalf of Ms. Green.
3. Recently, circumstances have developed which necessitate withdrawal by counsel as per Rule of Professional Conduct 1.16 based on a <u>personal conflict of interest</u> as per Pa. R.P.C. 1.8.
4. Attorney Stewart discussed the need to withdraw as counsel with Ms. Green.
5. Following this discussion, Marla Green has given her informed consent for Mr. Stewart to withdraw as counsel.

6. Defendant's Motion for Summary Judgment is pending in this matter with a response date of April 17, 2019.

7. The Court issued an Order directing Ms. Green to appear for oral deposition by Defendant no later than Friday, April 12, 2019. See Doc#29 Order dated 3/13/2019.

8. Attorney Stewart provided written Notice of Intent to Withdraw to Ms. Green before filing this motion.

Wherefore, undersigned counsel requests that the court enter permitting the withdrawal of undersigned counsel.

Date: 25 March 2019                                Respectfully submitted,

/s/ Paul A R Stewart
Helm Legal Services LLC
333 East Lancaster Avenue STE 140
Wynnewood PA 19096
610-864-5600

## CERTIFICATE OF SERVICE

I, Paul A.R. Stewart, Esquire, hereby certify that a true and correct copy of the foregoing **Motion to Withdraw as Counsel,** was served on this 25th day of March, 2019, on the following *via* filing with the Court using the CM/ECF system and by email as set forth below:

Andrew Teitelman, Esquire
Law Offices of Andrew Teitelman, P.C.
380 Red Lion Road, Suite 103
Huntingdon Valley, PA 19006
ateitelman@teitelaw.com


Harry J. Giacometti, Esquire
Flaster Greenberg PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103
harry.giacometti@flastergreenberg.com

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
RSolarz@kmllawgroup.com

Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
jkivitz@kivitzlaw.com

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
kmcdonald@kmllawgroup.com

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600