IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br> **JAMES DiDIO** <br>                                          **Debtor.** | **Chapter 7** <br><br> **Case No. 18-12499** |
| **MARLA GREEN,** <br>                                          **Plaintiff,** <br><br>                 **v.** <br> **JAMES DiDIO,** <br>                                        **Defendant.** | **Adversary Proceeding** <br> **No. 18-00161** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Undersigned Counsel has filed a Motion to Withdraw with Informed Consent of Client with the court.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before April 17, 2019, you or your attorney must do all of the following**:

    (a.)    File an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
        Robert N. C. Nix Sr. Federal Courthouse
        900 Market Street
        Philadelphia, PA 19107

    (b.)    Mail a copy to the Movant:

        Paul A. R. Stewart, Esquire

>Helm Legal Services LLC
>
>333 E. Lancaster Avenue, Suite 140
>
>Wynnewood, PA 19096

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.      **A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on <u>Wednesday, April 24, 2019 at 11:00 am</u> at the Robert N.C. Nix Sr. Federal Courthouse, Courtroom #1, 900 Market Street, Philadelphia, PA 19107.**  Unless the Court orders otherwise, the hearing, on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

Dated: March 25, 2019

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** <br> **JAMES DiDIO** | | Chapter 7 |
| | Debtor. | Case No. 18-12499 |
| **MARLA GREEN,** | | |
| | Plaintiff, | Adversary Proceeding <br> No. 18-00161 |
| v. | | |
| **JAMES DiDIO,** | | |
| | Defendant. | |

## CERTIFICATE OF SERVICE

    I, Paul A.R. Stewart, Esquire, hereby certify that a true and correct copy of the foregoing **Motion to Withdraw as Counsel,** was served on this 25th day of March, 2019, on the following *via* filing with the Court using the CM/ECF system and by email as set forth below:

Andrew Teitelman, Esquire
Law Offices of Andrew Teitelman, P.C.
380 Red Lion Road, Suite 103
Huntingdon Valley, PA 19006
ateitelman@teitelaw.com


Harry J. Giacometti, Esquire
Flaster Greenberg PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103
harry.giacometti@flastergreenberg.com

3

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
RSolarz@kmllawgroup.com

Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
jkivitz@kivitzlaw.com

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
kmcdonald@kmllawgroup.com

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600