# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 7 |
| **JAMES DiDIO** | |
| Debtor. | Case No. 18-12499 |
| **MARLA GREEN,** | |
| Plaintiff, | Adversary Proceeding No. 18-00161 |
| v. | |
| **JAMES DiDIO,** | |
| Defendant. | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Motion to Withdraw as Counsel in the above mentioned matter.

March 28, 2019

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** **JAMES DiDIO** | Chapter 7 |
| Debtor. | Case No. 18-12499 |
| **MARLA GREEN,** | |
| Plaintiff, | Adversary Proceeding No. 18-00161 |
| v. | |
| **JAMES DiDIO,** | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Paul A.R. Stewart, Esquire, hereby certify that a true and correct copy of the foregoing **Praecipe to Withdraw Motion to Withdraw as Counsel,** was served on this 28th day of March, 2019, on the following *via* filing with the Court using the CM/ECF system and by email as set forth below:

Andrew Teitelman, Esquire
Law Offices of Andrew Teitelman, P.C.
380 Red Lion Road, Suite 103
Huntingdon Valley, PA 19006
ateitelman@teitelaw.com


Harry J. Giacometti, Esquire
Flaster Greenberg PC
1835 Market Street, Suite 1050
Philadelphia, PA 19103
harry.giacometti@flastergreenberg.com


Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
RSolarz@kmllawgroup.com

Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
jkivitz@kivitzlaw.com

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
kmcdonald@kmllawgroup.com

        /s/ Paul A. R. Stewart
        Paul A. R. Stewart, Esquire
        Legal Helm LLC
        333 E. Lancaster Ave, Suite 140
        Wynnewood, PA 19096
        610-864-5600