# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No.: 18-12499-ELF |
| JAMES E DIDIO | |
|     Debtor. | |
| M&T BANK A/K/A MANUFACTURERS | |
| AND TRADERS TRUST COMPANY | |
| S/B/M TO HUDSON CITY SAVINGS BANK | |
|     and | |
| THE BANCORP BANK ASSOCIATION | |
|     Movants, | |
|     v. | 11 U.S.C. §362 |
| JAMES E DiDIO            DEBTOR | |
| GARY F SEITZ, Trustee | |
|     Respondents | |

## PRAECIPE TO WITHDRAW OPPOSITION RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

NOTICE IS HEREBY GIVEN that Marla J. Green, Party of Interest, through her Counsel, Paul A.R. Stewart, hereby withdraws her objections to the Motions for Relief from Stay in the above-entitled bankruptcy matter.

- Docket Entry #29- Opposition Response 10/1/2018
- Docket Entry #37- Opposition Response 11/21/2018
- Docket Entry #46- Opposition Response 12/27/2018

Date: April 24, 2019

Respectfully submitted,

Helm Legal Services LLC

/s/ Paul A R Stewart
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Party in Interest
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania 19096
(610) 864-5600
pstewart@helmlegalservices.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Marla Green's **Praecipe to Withdraw Opposition Response to M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST COMPANY S/B/M TO HUDSON CITY SAVINGS BANK and BANCORP BANK'S Motion for Relief From Automatic Stay** was served on April 24, 2019, by means of the Court's CM/ECF system or via electronic mail upon the following:

MOVANT
Kevin G McDonald, Esquire
KML Law Group PC
701 Market Street, STE 5000
Philadelphia, PA 19106

MOVANT
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
RSolarz@kmllawgroup.com

MOVANT
Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
jkivitz@kivitzlaw.com

Harry J Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street, STE 1050
Philadelphia, PA 19103
Debtor, James E DiDio counsel.

United States Trustee (via ECF)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary F. Seitz, Esquire (Trustee)
Chapter 7 Trustee
Curtis Center, 601 Walnut Street STE 750
Philadelphia, PA 19107

/s/ Paul A R Stewart
Legal Helm, LLC
Paul A.R. Stewart, Esquire
333 East Lancaster Avenue
Suite 140
Wynnewood, Pa 19096
(610) 864-5600
**pstewart@helmlegalserices.com**