# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| James E. DiDio, | : | |
|          Debtor | : | |
| _____ | : | BK NO. 18-12499 ELF |
| | : | |
| The Bancorp Bank | : | CH. 7 |
|          Movant | : | |
|     v. | : | Hearing Date: April 25, 2019 |
| James E. DiDio, | : | @ 9:30 a.m. – Courtroom 1 |
|          Debtor | : | |
|     and | : | |
| Gary F. Seitz, Esquire | : | |
|          Trustee | : | |

## **CERTIFICATION OF NO OBJECTION**

    I, Jay E. Kivitz, Esquire, Attorney for the Moving Party, do hereby certify that to the best of my knowledge, information and belief, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay of The Bancorp Bank filed on November 1, 2018 with a response date of November 23, 2018 has been filed by the Debtor or the Trustee or any other party in interest.

Dated: April 24, 2019                                                             */s/ Jay E. Kivitz*  
                                                                                                    Jay E. Kivitz, Esquire  
                                                                                                    Attorney ID No. 26769  
                                                                                                    KIVITZ & KIVITZ, P.C.  
                                                                                                    7901 Ogontz Avenue  
                                                                                                    Philadelphia, PA 19150  
                                                                                                    215-549-2525  FAX 215-253-5285  
                                                                                                    jkivitz@kivitzlaw.com  
                                                                                                    Attorney for Movant/Applicant  
                                                                                                    The Bancorp Bank

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | | |
|---|---|---|---|
| IN RE: | : | | |
| | : | | |
| James E. DiDio, | : | | |
|        Debtor | : | | |
| _____ | : | BK NO.  18-12499 ELF | |
| | : | | |
| The Bancorp Bank | : | CH. 7 | |
|        Movant | : | | |
|        v. | : | Hearing Date:  April 25, 2019 | |
| James E. DiDio, | : | @ 9:30 a.m. – Courtroom 1 | |
|        Debtor | : | | |
|        and | : | | |
| Gary F. Seitz, Esquire | : | | |
|        Trustee | :I | | |

## **CERTIFICATION OF SERVICE**

     I, Jay E. Kivitz, Esquire, Attorney for The Bancorp Bank ("Bancorp") do hereby certify that on this date I caused to be served a true and correct copy of Bancorp's Certification of No Objection to Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 on the parties shown on the Service List attached to the Motion for Relief, by the Court's ECF system or by first class mail, postage prepaid.

                                                                          Respectfully submitted,

Date:  April 24, 2019                                         */s/ Jay E. Kivitz*_____
                                                                              Jay E. Kivitz, Esquire
                                                                              Attorney ID No. 26769
                                                                              KIVITZ & KIVITZ, P.C.
                                                                              7901 Ogontz Avenue
                                                                              Philadelphia, PA  19150
                                                                              215-549-2525  FAX 215-253-5285
                                                                              jkivitz@kivitzlaw.com
                                                                              Attorney for Movant/Applicant
                                                                              The Bancorp Bank