# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James E. DiDio<br>Debtor(s)<br><br>M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST COMPANY S/B/M TO HUDSON CITY SAVINGS BANK<br>Movant<br>vs.<br><br>James E. DiDio<br>Debtor(s)<br><br>Gary F. Seitz Esq.<br>Trustee | CHAPTER 7<br><br>NO. 18-12499 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 25th day of April, 2018 at Philadelphia, upon withdrawal of creditor Marla Green's response, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **granted** and the automatic stay under 11 U.S.C. Sections 362 is **modified** with respect to the subject premises located at 1320 Monk Road, Gladwyne, PA 19035 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**