**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | |
| James E. DiDio, : | |
|               Debtor : | |
| _____: | BK NO.   18-12499 ELF |
| : | |
| The Bancorp Bank : | CH. 7 |
| Association : | |
|               Movant : | |
|     v. : | |
| James E. DiDio, : | |
|               Debtor : | |
|     and : | |
| Gary F. Seitz, Esquire : | |
|               Trustee : | |

**ORDER**

AND NOW, this __25th__ day of __April__, 2018, upon consideration of Movant's Motion for Relief from the Automatic Stay, and the withdrawal of the response of creditor Marla Green, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay under 11 U.S.C. §362, is **modified** to permit The Bancorp Bank, its successors and assigns to take all actions necessary, pursuant to State Law, to enforce the terms of its mortgage documents secured by 1320 Monk Road, Gladwyne, PA 19035, and to obtain possession of the said premises.

_____
ERIC L. FRANK,
United States Bankruptcy Judge