## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: James E. DiDio | Debtor(s) | CHAPTER 7 |
| M&T Bank<br>vs. | Movant | NO. 18-12499 ELF |
| James E. DiDio | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

### ORDER

AND NOW, this 25th day of April, 2018 at Philadelphia, upon withdrawal of the response of creditor Marla Green, it is **ORDERED** that:

the Motion for Relief from the Automatic Stay is **granted** and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1211 Mirabeau Lane a/k/a 1500 Spring Mill Road, Lower Merion, Pa 19035

("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**