United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12499-elf
James E. DiDio                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db             +James E. DiDio,    814 Conshohocken State Road,    Gladwyne, PA 19035-1428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              ANDREW   TEITLEMAN    on behalf of Defendant James  DiDio ateitelman@teitelaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net
              HARRY J. GIACOMETTI    on behalf of Debtor James E. DiDio harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              JAY E. KIVITZ    on behalf of Creditor    The Bancorp Bank jkivitz@kivitzandkivitz.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST
               COMPANY S/B/M TO HUDSON CITY SAVINGS BANK bkgroup@kmllawgroup.com
              PAUL A.R. STEWART    on behalf of Plaintiff Marla J. Green pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              PAUL A.R. STEWART    on behalf of Interested Party Marla J. Green pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| James E. DiDio, | : | |
|         Debtor | : | |
| _____ | : | BK NO.   18-12499 ELF |
| | : | |
| The Bancorp Bank Association | : | CH. 7 |
|         Movant | : | |
|     v. | : | |
| James E. DiDio, | : | |
|         Debtor | : | |
|     and | : | |
| Gary F. Seitz, Esquire | : | |
|         Trustee | : | |

**ORDER**

AND NOW, this  25th  day of  April , 2018, upon consideration of Movant's Motion for Relief from the Automatic Stay, and the withdrawal of the response of creditor Marla Green, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay under 11 U.S.C. §362, is **modified** to permit The Bancorp Bank, its successors and assigns to take all actions necessary, pursuant to State Law, to enforce the terms of its mortgage documents secured by 1320 Monk Road, Gladwyne, PA  19035, and to obtain possession of the said premises.

_____
ERIC L. FRANK,
United States Bankruptcy Judge