United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12499-elf
James E. DiDio                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1                Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db            +James E. DiDio,    814 Conshohocken State Road,    Gladwyne, PA 19035-1428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              ANDREW   TEITLEMAN    on behalf of Defendant James  DiDio ateitelman@teitelaw.com
              GARY F.  SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net
              GARY F.  SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net
              HARRY J. GIACOMETTI     on behalf of Debtor James E. DiDio harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HOLLY SMITH MILLER     on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              JAY E. KIVITZ     on behalf of Creditor   The Bancorp Bank jkivitz@kivitzandkivitz.com
              KEVIN G. MCDONALD     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD     on behalf of Creditor    M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST
               COMPANY S/B/M TO HUDSON CITY SAVINGS BANK bkgroup@kmllawgroup.com
              PAUL A.R. STEWART    on behalf of Plaintiff Marla J. Green pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              PAUL A.R. STEWART    on behalf of Interested Party Marla J. Green pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              REBECCA ANN SOLARZ     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  James E. DiDio | | CHAPTER 7 |
| Debtor(s) | | |
| M&T Bank | | |
| Movant | | NO. 18-12499 ELF |
| vs. | | |
| James E. DiDio | | |
| Debtor(s) | | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | | |
| Trustee | | |

## ORDER

AND NOW, this 25th day of April, 2018 at Philadelphia, upon withdrawal of the response of creditor Marla Green, it is **ORDERED** that:

the Motion for Relief from the Automatic Stay is **granted** and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1211 Mirabeau Lane a/k/a 1500 Spring Mill Road, Lower Merion, Pa 19035

("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**