United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12499-elf
James E. DiDio                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP          Page 1 of 1          Date Rcvd: Apr 25, 2019
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db             +James E. DiDio,    814 Conshohocken State Road,    Gladwyne, PA 19035-1428
intp           +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
      ANDREW  TEITLEMAN    on behalf of Defendant James  DiDio ateitelman@teitelaw.com
      GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net
      GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,   gfs@trustesolutions.net
      HARRY J. GIACOMETTI    on behalf of Debtor James E. DiDio harry.giacometti@flastergreenberg.com,
   harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flastergreenberg.com
      HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
      JAY E. KIVITZ    on behalf of Creditor   The Bancorp Bank jkivitz@kivitzandkivitz.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST
   COMPANY S/B/M TO HUDSON CITY SAVINGS BANK bkgroup@kmllawgroup.com
      PAUL A.R. STEWART    on behalf of Plaintiff Marla J. Green pstewart@legalhelm.com,
   jurisabnelson@gmail.com
      PAUL A.R. STEWART    on behalf of Interested Party Marla J. Green pstewart@legalhelm.com,
   jurisabnelson@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   JAMES E. DiDIO, | : | Chapter 13 |
| Debtor | : | Bky. No. 18-12499 ELF |
| MARLA GREEN, | : | |
| Plaintiff | : | |
| v. | : | |
| JAMES DiDIO, | : | |
| Defendant | : | Adv. No. 18-161 |

# O R D E R

**AND NOW**, upon consideration of the Motion to Withdraw as Counsel ("the Motion") (Doc. # 38), filed by Plaintiff's counsel Paul A.R. Stewart ("Stewart");

**AND**, Stewart intending his request to encompass withdrawal as counsel in both the above adversary proceeding as well as in all matters in the "main" bankruptcy case;

**AND**, the court being satisfied that, despite the ostensible withdrawal of an equivalent motion filed in the main case, all interested parties should have understood the Motion as being intended to encompass the main bankruptcy case and that no party will suffer prejudice in so treating the Motion;

**AND**, after a hearing on the Motion held on **April 24, 2019**;

**AND**, for the reasons stated in court;

-1-

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**, **SUBJECT TO CONDITIONS SET FORTH BELOW**.

2. Stewart's appearance in this adversary proceeding and the main bankruptcy case shall be withdrawn only after:

    (a) completion of the contested matters arising from the motions for relief from the automatic stay presently scheduled for a hearing on **April 25, 2019**, (see Bky. No. 18-12499, Docket Entry Nos. 60, 61); and

    (b) the filing of the Plaintiff's response to the Defendant's Motion for Summary Judgment ("the MSJ") in this adversary proceeding.

3. The deadline for the Plaintiff to respond to the MSJ is **EXTENDED** to **May 8, 2019**.

4. The Defendant may file a reply memorandum **on or before May 22, 2019**.

5. Stewart's appearance in both this adversary proceeding and the main bankruptcy case shall be **WITHDRAWN** effective, and without further court order, upon the later of the two (2) events described in Paragraph 2(a) and (b) above.

6. The Clerk shall docket this order in both this adversary proceeding and the main bankruptcy case.

**Date: April 24, 2019**

        **ERIC L. FRANK**
        **U.S. BANKRUPTCY JUDGE**