```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                           Case No. 18-12499-elf
James E. DiDio                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1            Date Rcvd: Nov 27, 2019
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db              +James E. DiDio,    814 Conshohocken State Road,    Gladwyne, PA 19035-1428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              ANDREW   TEITLEMAN    on behalf of Defendant James  DiDio ateitelman@teitelaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;Jblackford@gsbblaw.com
              HARRY J. GIACOMETTI    on behalf of Debtor James E. DiDio harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
               ergreenberg.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              JAY E. KIVITZ    on behalf of Creditor   The Bancorp Bank jkivitz@kivitzandkivitz.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK A/K/A MANUFACTURERS AND TRADERS TRUST
               COMPANY S/B/M TO HUDSON CITY SAVINGS BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

James E. DiDio : Case No. 18–12499–elf

    Debtor(s)

### ORDER
_____

AND NOW, this day , November 27, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

80
Form 195